United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Sueann Cicci

    Debtor

Case No. 26-01800-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Jul 28, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 1 of 2

Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sueann Cicci, 509 Main St, Eynon, PA 18403-1209 |
| 5813468 | + | Kerri Smith, 1 Abbey Rd, Olyphant, PA 18447-2307 |
| 5813469 | + | Krystal Rosencrans, 1007 Church St, Jessup, PA 18434-1904 |
| 5813472 | + | Robert Cicci, 1015 Lower Pleasant Ave, Peckville, PA 18452-2127 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: bkdocs@guildmortgage.net | Jul 28 2026 18:45:00 | Guild Mortgage Company LLC, 5887 Copley Dr., San Diego, CA 92111 |
| 5813464 | | Email/Text: bankruptcy@cavps.com | Jul 28 2026 18:45:00 | Cavalry Portfolio Service, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 5813465 | | Email/Text: mrdiscen@discover.com | Jul 28 2026 18:45:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5813467 | ^ | MEBN | Jul 28 2026 18:42:54 | Guild Mortgage Company, Attn: Bankruptcy, PO Box 85046, San Diego, CA 92186-5046 |
| 5818449 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 19:00:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5813470 | ^ | MEBN | Jul 28 2026 18:43:07 | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5813471 | + | Email/Text: ngisupport@radiusgs.com | Jul 28 2026 18:45:00 | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 5813473 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 19:00:10 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 5813474 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 18:59:56 | SYNCB/Walmart, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5813475 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 28 2026 18:45:00 | Toyota Motor Credit, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 5819108 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 28 2026 18:45:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5813466 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 28 2026 18:45:00 | Elan Financial Service, Attn: Bnakruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5813476 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 18:59:57 | US Bank Elan Financial, Attn: Bankruptcy, Resurgent Correspondence PO Box 1269, Greenville, SC 29602-1269 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Guild Mortgage Company LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Carlo Sabatini | on behalf of Debtor 1 Sueann Cicci usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sueann Cicci,
aka Sue A Cicci, aka Sue Cicci, aka Sue Ann Cicci,

Chapter    13

**Debtor 1**

Case No.    5:26−bk−01800−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 27, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 3, 2026 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 28, 2026 |

ntcnfhrg (08/21)