**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Sueann Cicci,<br><br>Debtor | Chapter 13<br><br>Case 5:26−bk−01800−MJC |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **ORDER CONFIRMING CHAPTER 13 PLAN** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: September 24, 2026

s/Amber Werner
Amber Werner, Legal Assistant
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| Cavalry Portfolio Services<br>1 American Ln., Ste. 220<br>Greenwich, CT 06831-2563 |
| Cavalry SPV I, LLC<br>P.O. Box 4252<br>Greenwich, CT 06831-0405 |
| Discover<br>P.O. Box 30939<br>Salt Lake City, UT 84130-0939 |
| Guild Mortgage Company<br>Attn: Bankruptcy<br>P.O. Box 85046<br>San Diego, CA 92186-5046 |
| GUILD MORTGAGE COMPANY, LLC<br>5887 COPLEY DRIVE<br>SAN DIEGO, CA 92111-7906 |
| Kerri Smith<br>1 Abbey Rd.<br>Olyphant, PA 18447-2307 |
| Krystal Rosencrans<br>1007 Church St.<br>Jessup, PA 18434-1904 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Michael J Dougherty, Esq.<br>Weltman, Weinberg & Reis CO., L.P.A.<br>520 Walnut St., Suite 1355<br>Philadelphia, PA 19106-3602 |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541-1067 |
| Radius Global Solutions, LLC<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 |
| Robert Cicci<br>1015 Lower Pleasant Ave.<br>Peckville, PA 18452-2127 |
| Sueann Cicci<br>509 Main St.<br>Eynon, PA 18403-1209 |

| |
|---|
| SYNCB/Sams<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/Walmart<br>Attn: Bankruptcy<br>P.O. Box 965065<br>Orlando, FL 32896-5065 |
| Toyota Motor Credit<br>Attn: Bankruptcy<br>P.O. Box 22171<br>Tempe, AZ 85285-2171 |
| U.S. Bank, N.A. d/b/a Elan Financial Services<br>Attn: Bankruptcy Department<br>P.O. Box 108<br>Saint Louis, MO 63166-0108 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St.<br>Harrisburg, PA 17102-1104 |
| US BANK<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 |
| US Bank Elan Financial<br>Attn: Bankruptcy<br>Resurgent Correspondence P.O. Box 1269<br>Greenville, SC 29602-1269 |